UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: )
)
**DELTORO, MANUEL** ) Bankruptcy Case No. 16-80276 TML
) Chapter 7
)
Debtor(s). )

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 25, 2016, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

DELTORO, MANUEL
1309 JEFFERSON
MCHENRY, IL 60156

MICHAEL T. BARRETT, SR.
530 ROCKLAND ROAD
CRYSTAL LAKE, IL 60014
*(via ECF Electronic Transmission)*

U.S. TRUSTEE'S OFFICE
780 REGENT ST., STE. 304
MADISON, WI 53715
*(Via ECF Electronic Transmission)*

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Case 16-80276    Doc 23    Filed 08/25/16    Entered 08/25/16 17:37:53    Desc Main
Document    Page 2 of 2

PYOD, LLC its successors and assigns of Citibank, NA
Resurgent Capital Services
P.O. Box 19008
Greenville, SC 29602


/s/ Debbie M. Harris

JAMES E. STEVENS, Trustee
6833 STALTER DRIVE
ROCKFORD, IL 61108
Phone: (815) 962-6611
Fax: (815) 962-1758
jstevens@bslbv.com