# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: DELTORO, MANUEL § Case No. 16-80276
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $2,750.00          Assets Exempt: $17,750.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,713.02     Claims Discharged
                                                Without Payment: $41,895.49

Total Expenses of Administration: $2,352.37

3) Total gross receipts of $ 8,065.39 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $8,065.39 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,352.37 | 2,352.37 | 2,352.37 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 2,857.00 | 243.06 | 243.06 | 243.06 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 44,351.82 | 8,677.63 | 8,677.63 | 5,469.96 |
| **TOTAL DISBURSEMENTS** | $47,208.82 | $11,273.06 | $11,273.06 | $8,065.39 |

    4) This case was originally filed under Chapter 7 on February 09, 2016. The case was pending for 10 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/01/2016          By: /s/JAMES E. STEVENS
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2890 Cadbury Circle, Lake in the Hills, IL | 1110-000 | 8,065.39 |
| **TOTAL GROSS RECEIPTS** | | **$8,065.39** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,556.54 | 1,556.54 | 1,556.54 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3210-000 | N/A | 747.50 | 747.50 | 747.50 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 11.16 | 11.16 | 11.16 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 3.35 | 3.35 | 3.35 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | | N/A | 12.69 | 12.69 | 12.69 |
| Rabobank, N.A. | 2600-000 | | N/A | 11.13 | 11.13 | 11.13 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $2,352.37 | $2,352.37 | $2,352.37 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Internal Revenue Service | 5800-000 | N/A | 243.06 | 243.06 | 243.06 |
| NOTFILED | Internal Revenue Service | 5200-000 | 2,857.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $2,857.00 | $243.06 | $243.06 | $243.06 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Internal Revenue Service | 7100-000 | N/A | 50.58 | 50.58 | 31.89 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | 4,290.00 | 4,352.59 | 4,352.59 | 2,743.66 |
| 3 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 322.00 | 364.97 | 364.97 | 230.06 |
| 4 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 3,909.00 | 3,909.49 | 3,909.49 | 2,464.35 |
| NOTFILED | Ophthamology Associates Ltd | 7100-000 | 80.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/CBNA | 7100-000 | 2,966.00 | N/A | N/A | 0.00 |
| NOTFILED | U.S Bank | 7100-000 | 2,657.00 | N/A | N/A | 0.00 |
| NOTFILED | U.S. Bank Hogan Loc | 7100-000 | 861.00 | N/A | N/A | 0.00 |
| NOTFILED | U.S Bank | 7100-000 | 2,557.00 | N/A | N/A | 0.00 |
| NOTFILED | Maria Elena Castellanos DelToro | 7100-000 | 7,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Medical Group | 7100-000 | 15.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | David Garcia | 7100-000 | 9,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Lending Club Patient Sol | 7100-000 | 4,643.53 | N/A | N/A | 0.00 |
| NOTFILED | Citizens Bank | 7100-000 | 6,051.29 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$44,351.82** | **$8,677.63** | **$8,677.63** | **$5,469.96** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-80276  
**Case Name:** DELTORO, MANUEL  

**Period Ending:** 12/01/16

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 02/09/16 (f)  
**§341(a) Meeting Date:** 03/24/16  
**Claims Bar Date:** 07/08/16

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 2890 Cadbury Circle, Lake in the Hills, IL | 23,065.39 | 8,065.39 | | 8,065.39 | FA |
| 2 | 2002 Dodge Dakota Truck | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | 1997 Ford Econoline Van | 500.00 | 0.00 | | 0.00 | FA |
| 4 | 1994 Ford Ranger | 250.00 | 0.00 | | 0.00 | FA |
| 5 | 1990 Ford Boxtruck | 400.00 | 0.00 | | 0.00 | FA |
| 6 | Sofa, small tv, small bed | 250.00 | 0.00 | | 0.00 | FA |
| 7 | Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Checking Account US Bank | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Checking Account Chase Bank | 100.00 | 0.00 | | 0.00 | FA |
| 10 | Cash | 50.00 | 0.00 | | 0.00 | FA |
| 10 | Assets   Totals (Excluding unknown values) | **$25,815.39** | **$8,065.39** | | **$8,065.39** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   August 8, 2016    **Current Projected Date Of Final Report (TFR):**   August 20, 2016  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-80276  
**Case Name:** DELTORO, MANUEL  

**Taxpayer ID #:** **-***3691  
**Period Ending:** 12/01/16  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4466 - Checking Account  
**Blanket Bond:** $6,620,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/12/16 | {1} | Manuel Del Toro | Debtor's share of proceeds from sale of real estate located at 2890 Cadbury Circle, Lake in the Hills, IL | 1110-000 | 8,065.39 | | 8,065.39 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 8,055.39 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.16 | 8,044.23 |
| 06/08/16 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2016 FOR CASE #16-80276, bOND #016018067 | 2300-000 | | 3.35 | 8,040.88 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.69 | 8,028.19 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.13 | 8,017.06 |
| 09/26/16 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $747.50, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 747.50 | 7,269.56 |
| 09/26/16 | 103 | JAMES E. STEVENS | Dividend paid 100.00% on $1,556.54, Trustee Compensation; Reference: | 2100-000 | | 1,556.54 | 5,713.02 |
| 09/26/16 | 104 | Quantum3 Group LLC as agent for | Dividend paid 63.03% on $4,352.59; Claim# 2; Filed: $4,352.59; Reference: | 7100-000 | | 2,743.66 | 2,969.36 |
| 09/26/16 | 105 | Internal Revenue Service | Combined Check for Claims#1U,1P | | | 274.95 | 2,694.41 |
| | | | Dividend paid 63.03%    31.89 on $50.58; Claim# 1U; Filed: $50.58 | 7100-000 | | | 2,694.41 |
| | | | Dividend paid 100.00%    243.06 on $243.06; Claim# 1P; Filed: $243.06 | 5800-000 | | | 2,694.41 |
| 09/26/16 | 106 | PYOD, LLC its successors and assigns as assignee | Combined Check for Claims#3,4 | | | 2,694.41 | 0.00 |
| | | | Dividend paid 63.03%    230.06 on $364.97; Claim# 3; Filed: $364.97 | 7100-000 | | | 0.00 |
| | | | Dividend paid 63.03%    2,464.35 on $3,909.49; Claim# 4; Filed: $3,909.49 | 7100-000 | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 8,065.39 | 8,065.39 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 8,065.39 | 8,065.39 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$8,065.39** | **$8,065.39** | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 16-80276 | | **Trustee:** | JAMES E. STEVENS (330420) |
| **Case Name:** | DELTORO, MANUEL | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******4466 - Checking Account |
| **Taxpayer ID #:** | **-***3691 | | **Blanket Bond:** | $6,620,000.00  (per case limit) |
| **Period Ending:** | 12/01/16 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | | | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | | | |
| **Checking # ******4466** | | | | 8,065.39 | 8,065.39 | 0.00 |
| | | | | $8,065.39 | $8,065.39 | $0.00 |

{} Asset reference(s)                                          Printed: 12/01/2016 07:37 AM    V.13.28